Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 891845
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Balwinder Singh Khangura,<br><br>Defendant. | Case No. 2:12-cr-0300-MCE<br><br>STIPULATION & ORDER TO MODIFY<br>CONDITIONS OF PRE-TRIAL RELEASE<br><br>Judge: Hon. Morrison C. England |

It is hereby stipulated by and between the parties hereto through their respective counsel, Jared Dolan, Assistant United States Attorney, attorney for plaintiff, and Shari Rusk, counsel for defendant, that Mr. Khangura's conditions of pre-trial release be modified as follows:

Mr. Khangura requests, without objection from the government, that his passport be turned over to his defense investigator for twenty four hours to allow the investigator to bring the passport to the Indian Consulate and then return the passport to pre-trial services. Mr. Khangura makes this request because his brother is travelling to India to handle arrangements following the death of their father and it is necessary for Mr. Khangura's brother to

have his power of attorney while in India. Pre-trial services takes no position on this matter. Mr. Khangura asks that his passport be released to his investigator forthwith. At no time will Mr. Khangura be in possession of his passport.

Dated: January 28, 2013                Respectfully submitted,


                                        __/s/ Shari Rusk___
                                        Shari Rusk
                                        Attorney for Defendant
                                        Balwinder Singh Khangura


                                        /s/Jared Dolan
                                        Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that Defendant Balwinder Singh Khangura's passport be released to Defendant Khangura's defense investigator forthwith for a twenty-four (24) hour duration and then immediately returned to pre-trial services.

DATED: February 1, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE